UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDRENIQUE HOWARD A/K/A ANDRENIQUE GREEN, **Plaintiff** | CIVIL DOCKET NO. 1:23-CV-01132 |
| VERSUS | DISTRICT JUDGE SUMMERHAYES |
| UNITED STATES DEPARTMENT OF LABOR AND WAGES, ET AL., **Defendants** | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Howard's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 12th day of September 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT